417 A.2d 758

Commonwealth v. Knight, Appellant.

Argued March 20, 1979. David Gray, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 758

Commonwealth v. Kuykendall, Appellant.

Argued March 12, 1979. Allen H. Smith, for appellant; Gary E. Hartman, District Attorney, submitted a brief on behalf of the Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.